## NO. 1512987 & 1512988

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | 1st COURT OF APPEALS |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| SCOTT R. PENDERGRAFT | § | 262nd JUDICIAL DISTRICT |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/25/2018 1:58:50 PM
CHRISTOPHER A. PRINE
Clerk

### ORDER FOR COUNSEL ON APPEAL TO OBTAIN EXHIBITS
### &
### FORWARD A SUPPLEMENTAL RECORD

BE IT REMEMBERED, on this the 7TH Day of May, 2018, came on to be heard the Request of counsel to be allowed to obtain trial exhibits and supplement the appellate record in the above-captioned cause. Said Request is GRANTED.

IT IS ORDERED that State's Exhibit #1, the presentence investigation report, be unsealed and opened.

IT IS FURTHER ORDERED that the District Clerk supply Counsel, TERRENCE GAISER, State's Exhibit #1, the presentence investigation report, so he may view said exhibit, and return it when concluded.

IT IS FURTHER ORDERED that when the Exhibit is returned to the office of the District Clerk it be made a supplemental record and forwarded to the First Court of Appeals in Cause Numbers 01-18-00033-CR & 01-18-00034-CR.

Signed: 05/07/18.

Signed: 5/7/2018

_____
JUDGE PRESIDING, 262nd District Court